# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3009
_____

TYMETRYON DAWUN KNIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 23, 2024


PER CURIAM.

An *Anders** review of the record in Tymetryon Knight's case reveals no arguable issues on appeal. There was competent, substantial evidence to support the judgment and sentence, and his motion for judgment of acquittal was properly denied. *Perez v. State*, 138 So. 3d 1098, 1100 (Fla. 1st DCA 2014). And this court did not discover any errors apparent on the face of the record. Accordingly, we affirm.

AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

* *Anders v. California*, 386 U.S. 738 (1967).

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.